Form B205A (12/09)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In Re:  William Edward Julien
Debtor(s)

Bankruptcy Proceedings No. 10–82442–TJM
Adversary Proceedings No.   11–08015–TJM

Chapter 11

James Jandrain et al.
Plaintiff(s)

v.

William Edward Julien
Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

**Address of the clerk:**

United States Bankruptcy Court
111 South 18th Plaza
Suite 1125
Omaha, NE 68102

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and address of plaintiff's attorney:**

Jerrold L. Strasheim
Attorney at Law
3610 Dodge Street
Omaha, NE 68131–3218

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



/s/ Diane Zech
Clerk, U.S. Bankruptcy Court


By:   V. M. Johnson
Deputy Clerk

(Seal of the U.S. Bankruptcy Court)

Date of Issuance: 2/2/11

# CERTIFICATE OF SERVICE*

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ , as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:                              Signature_____

   Print Name:                     _____

   Business Address:               _____

                                   _____

*A fillable Certificate of Service form is available on the Court's website at www.neb.uscourts.gov > Resources > General Forms > "Certificate of Service Regarding Adversary Summons."